**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**KEENAN KESTER COFIELD**
4109 Cutty Sark Road
Baltimore, Maryland 21220

     and

**KEENAN COFIELD**
4109 Cutty Sark Road
Baltimore, Maryland 21220

     and

**HENRIETTALACKS.COM**
4109 Cutty Sark Road
Baltimore, Maryland 21220                                    **Civil Action No.**

     and

**HENRIETTALACKS.APP**
4109 Cutty Sark Road
Baltimore, Maryland 21220

     and

**HENRIETTA LACKS LLC**
4109 Cutty Sark Road
Baltimore, Maryland 21220

     and

**HENRIETTA LACKS INJURY CENTER**
4109 Cutty Sark Road
Baltimore, Maryland 21220

     and

**BERRI A. WELLS**
7414 Riverhill Road
Oxon Hill, Maryland 20745

     and

**INJURY CENTER OF MD**
4109 Cutty Sark Road
Baltimore, Maryland 21220

    **Plaintiffs,**

    **v.**

**UNITED STATES OF AMERICA**
36 S. Charles Street
Baltimore, Maryland 21201

    and

**U.S. ATTORNEY'S OFFICE**
36 S. Charles Street
Baltimore, Maryland 21201

    and

**U.S. ATTORNEY GENERAL**
36 S. Charles Street
Baltimore, Maryland 21201

    and

**UNITED STATES OF AMERICA**
6406 Ivy Lane
Greenbelt, Maryland 20770

    and

**U.S. ATTORNEY GENERAL**
6406 Ivy Lane
Greenbelt, Maryland 20770

    and

**U.S. ATTORNEY'S OFFICE**
6406 Ivy Lane
Greenbelt, Maryland 20770

    and

**FEDERAL BUREAU OF INVESTIGATION**
ATTN: Mortgage Bank Fraud Unit
Baltimore, Maryland 21244

     and

**INTERNAL REVENUE SERVICE**
1111 Constitution Avenue, N.W.
Washington, D.C. 20224

     and

**ROBERT K. HUR**
Mortgage & Bank Fraud Unit
Baltimore, Maryland 21201

     and

**FHA**
c/o Fraud Unit
Washington, D.C. 20410

     and

**U.S. HUD ADMINISTRATION**
c/o Fraud Unit
Washington, D.C. 20410

     and

**SOCIAL SECURITY ADMINISTRATION**
1100 West High Rise
Baltimore, Maryland 21235

     and

**NATIONAL INSTITUTES OF HEALTH**
31 Center Drive MSC 2107
Bethesda, Maryland 20892

     and

**SENATOR CHRIS VAN HOLLEN**
1900 N. Howard Street
Baltimore, Maryland 21218

**FEDERAL COMMUNICATIONS COMMISSION (FCC)**
U.S. Attorney
Baltimore, Maryland 21201

      and

**WILLIAM B. YANG**
7723 English Oak Circle
Elkridge, Maryland 21075

      and

**WILLIAM B. YANG**
7304 Olive Branch Way
Laurel, Maryland 20707

      and

**LAW FIRM OF MASLAN, MASLAN &**
        **ROTHWELL, P.A.**
7508 Eastern Avenue
Baltimore, Maryland 21224

      and

**LAW OFFICES OF AMANDA ZORN**
Baltimore, Maryland 21224

      and

**NATIONSTAR MORTGAGE LLC**
7723 English Oak Circle
Elkridge, Maryland 21075

      and

**NATIONSTAR MORTGAGE LLC**
7 St. Paul Street, Suite 820
Baltimore, Maryland 21202

      and

**CROWN REAL ESTATE LLC**
Brian J. Frank
Pikesville, Maryland 21208

and

**CROWN REAL ESTATE LLC**
Brian J. Frank
Reistertown, Maryland 21136

and

**WEICHER REALTONS NEW COLONY**
**REALTORS LLC**
ATTN: Cece McCullough
Columbia, Maryland 21044

and

**WEICHER REALTONS NEW COLONY**
**REALTORS LLC**
6925 Oakland Mills Road
Columbia, Maryland 21045

and

**THE JOHN HOPKINS UNIVERSITY**
Arthur P. Pineau
Baltimore, Maryland 21218

and

**THE JOHNS HOPKINS HOSPITAL INC**
Daniel G. Shealer Jr.
Baltimore, Maryland 21205

and

**THE JOHNS HOPKINS**
**HEALTH SYSTEM CORP**
Daniel G. Shealer Jr.
Baltimore, Maryland 21205

and

**THE JOHNS HOPKINS HOSPITAL**
**LEGAL DEPARTMENT**
600 North Wolfe Street
Baltimore, Maryland 21287

and

**THE JOHNS HOPKINS
        HEALTH SYSTEM CORP**
600 North Wolfe Street
Baltimore, Maryland 21287

and

**THE JOHNS HOPKINS
        MEDICAL SERVICE CORP**
Joanne E. Pollak, Esq.
Baltimore, Maryland 21205

and

**GO DADDY, INC.**
14455 North Hayden Road
Scottsville, Arizona 85260

and

**REGGIE HARRIS
        STATE FARM INSURANCE**
6432 Bock Road
Oxon Hill, Maryland 20745

and

**STATE FARM MUTUAL AUTOMOBILE
        INSURANCE CORP**
One State Farm Plaza
Bloomington, Illinois 61710

and

**FACEBOOK INC. AND
        MARK ZUCKERBERG**
1 Hacker Way
Menlo Park, California 94025

and

**GOOGLE, LLC**
1600 Amphitheatre Parkway

Mountain View, California 94043

and

**GOOGLE, INC & GOOGLE, LLC**
CSC-Lawyers Inc., Svcs. Corp
Baltimore, Maryland 21202

and

**BILL AYARES CHEVROLET LLC**
Ronald Ardissone
Laurel, Maryland 20707

and

**GENERAL MOTORS LLC**
Auto Nation Chevrolet Laurel
Baltimore, Maryland 21202

and

**GENERAL MOTORS COMPANY
COMPLAINTS**
CSC-Lawyer Inc., Serv. Co.
Baltimore, Maryland 21202

and

**OSCAR DIAZ – EMPLOYEE
SERVICE DEPT.**
General Motors/Chevy Div
Laurel, Maryland 20707

and

**CARS DB2 LP**
8270 Greensboro Drive
McLean, Virginia 22102

and

**GERERAL MOTORS LLC**
300 Renaissance Center
Detroit, Michigan 48265

and

**GENERAL MOTORS COMPLAINTS**
300 Renaissance Center
Detroit, Michigan 48265

>    and

**SILVERROCK AUTOMOTIVE INC**
1720 W. Rio Salado Parkway
Tempe, Arizona 85281

>    and

**DRIVETIME CAR SALES**
1720 W. Rio Salado Parkway
Tempe, Arizona 85281

>    and

**BRIDGECREST CREDIT COMPLANY LLC**
4020 E. Indian School Road
Phoenix, Arizona 85018

>    and

**DRIVETIME CARSALES COMPLANY LLC**
d/b/a Drivetime Marlow Heights
Temple Hills, Maryland 20748

>    and

**DRIVETIME CARSALES COMPLANY LLC**
d/b/a Drivetime Marlow Heights
Baltimore, Maryland 21202

>    and

**SILVERROCK AUTOMOTIVE INC**
CSC-Lawyers Inc., Serv. Co
Baltimore, Maryland 21202

>    and

**BRIDGECREST CREDIT COMPLANY LLC**
CSC-Lawyers Inc. Service Co

Baltimore, Maryland 21202

    and

**CSC-LAWYERS INC. SERVICE CO**
7 St. Paul Street
Baltimore, Maryland 21202

    and

**ACE AMERICAN INSURANCE COMPANY**
436 Walnut Street
Philadelphia, Pennsylvania 19106

    and

**ACE FIRE UNDERWRITERS**
        **INSURANCE COMPANY**
436 Walnut Street
Philadelphia, Pennsylvania 19106

    and

**AUTO NATION CHEVROLET LAUREL**
500 Washington Blvd.
Laurel, Maryland 20707

    and

**COLONIAL AMERICAN CASUALTY**
        **AND SURETY COMPANY**
CSC-Lawyers Inc. Svd. Co.
Baltimore, Maryland 21202

    and

**CAPITAL ONE BANK**
c/o Capital One Financial Corp
Columbia, Maryland 21045

    and

**CAPITAL ONE FINANCIAL CORPORATION**
15000 Capital One Drive
Richmond, Virginia 23238

and

**DRIVETIME AUTOMOTIVE GROUP INC**
CSC-Lawyers Inc. Svcs Corp
Baltimore, Maryland 21202

    and

**FIDELITY AND DEPOSIT**
      **COMPANY OF MARYLAND**
CSC-Lawyers Inc. Svc. Co.
Baltimore, Maryland 21202

    and

**GENERAL MOTORS COMPANY/**
      **CHEVROLET DIVISION**
CSC-Lawyers Inc. Svc. Co.
Baltimore, Maryland 21202

    and

**GENERAL MOTORS COMPANY COMPLAINTS**
300 Renaissance Center
Detroit, Michigan 48265

    and

**ICANN-INTERNET CORPORATION**
      **FOR ASSIGNED NAMES AND NUMBERS**
801 17th Street, N.W.
Washington, D.C. 20006

    and

**NATIONAL ARBITRATION FORUM-FORUM**
Jonathan J
Minneapolis, Minnesota 55426

    and

**NATIONAL UNION FIRE INSURANCE COMPANY**
      **OF PITTSBURGH PA**
175 Water Street
New York, New York 10038

and

**PRINCE GEORGE'S COUNTY GOVERNMENT**
**PRINCE GEORGES COUNTY EXEC**
1301 McCormick Drive
Largo, Maryland 20774

and

**PRINCE GEORGES CTY PERMIT/DEPT OF**
**PERMITTING INSPEC & ENFORC**
P.G. Cty Atty Office of Law
Largo, Maryland 20774

and

**PRINCE GEORGES DEPT OF ENVIRONMENTAL**
**RESOURCES PERMIT OFFICE**
9400 Peppercorn Road
Largo, Maryland 20774

and

**SOUTH COUNTY AUTO REPAIR INC**
John Garrett-Res Agent
Lanham, Maryland 20745

and

**STATE OF MARYLAND/DEPT OF TRANSP**
**MVA BUSINESS LICENSING DIV**
State of Maryland
Baltimore, Maryland 21202

and

**TWITTER, INC.**
1355 Market Street
San Francisco, California 94103

and

**ZURICH AMERICAN INSURANCE**
**COMPANY**
1400 American Lane
Schaumburg, Illinois 20785

and

**4601 ST. BARNABUS ROAD, LLC**
John K. Lunsford, Res Agent
Silver Spring, Maryland 20901

and

**LOCKTON COMPANIES LLC**
Corp Creations Network Inc.
Chevy Chase, Maryland 20815

and

**GEICO CASUALTY COMPANY**
The Corporation Trust Inc.
Lutherville, Maryland 21093

and

**GOOGLE, INC.**
CSC-Lawyers Inc. Service Co.
Baltimore, Maryland 21202

and

**FACEBOOK**
CSC-Lawyers Inc. Service Co.
Baltimore, Maryland 21202

   **Defendants.**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF REMOVAL

   The United States of America, on behalf of its officers and agencies, the Federal Bureau of Investigation, the Internal Revenue Service, the Federal Housing Administration, the United States Department of Housing and Urban Development, the United States Attorney General, the Social Security Administration, the National Institutes of Health, the Federal Communications

Commission, Senator Chris Van Hollen, and the Honorable Robert K. Hur (collectively, the "Government Defendants"), by and through undersigned counsel, respectfully represents that:

1.      The Government Defendants are named defendants in the above-captioned civil action now pending in the Circuit Court of Maryland for Prince George's County, Case No. CAL19-13374. Copies of all process and pleadings received by the United States Attorney for the District of Maryland in the State Court action are attached hereto.

2.      Although the Complaint and amendments are unclear, Plaintiff appears to be seeking relief for damages relating to mortgage and occupancy fraud, and sues the Government Defendants for failing to investigate his complaints. Plaintiff also appears to assert claims under the Freedom of Information Act.

3.      The above-captioned action is one which may be removed without bond to this Court, because Plaintiff has sued various federal agencies and officers of the United States.  28 U.S.C. § 1442(a)(1); *see, e.g. Nationwide Investors v. Miller*, 793 F.2d 1044, 1046 (9th Cir. 1986) (citing *Willingham v. Morgan*, 395 U.S. 402, 407 (1969) (describing the "broadly construed" right of removal conferred by § 1442(a)(1)).

4.      Removal is timely.  The United States Attorney's Office was served with a copy of the Summons and Complaint on May 6, 2019. (*See* State Court Docket Nos. 25-37). As of this filing, the United States Attorney for the District of Maryland is not aware that any of the federal officers or agencies named in the pleadings have been served with process. (*See* State Court Docket Nos. 25-37); *see also* Fed. R. Civ. P. 4(i).  For the 30-day time limit for removal to begin to run, formal service of process must have been effected. *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 529 U.S. 344, 350 (1999) ("Service of process…is fundamental to any procedural imposition on a named defendant").

13

WHEREFORE, this action now pending in the Circuit Court for Prince George's County, Maryland, Case No. CAL19-13374, is properly removed to the United States District Court for the District of Maryland pursuant to 28 U.S.C. §§ 1442 and 1446.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: *Evelyn L. Cusson*

Evelyn Lombardo Cusson (Bar No. 13926)
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
Tel: 410-209-4800
Fax: 410-962-2310
evelyn.cusson@usdoj.gov

This Notice of Removal has been signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

*Evelyn L. Cusson*

Evelyn Lombardo Cusson
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of June, 2019, a copy of the foregoing *Notice of Removal* was sent, first class mail, postage prepaid, to:

Keenan Cofield
4109 Cutty Sark Road
Baltimore, MD 21220

Henriettalacks.com
4109 Cutty Sark Road
Baltimore, Maryland 21220

Berri Wells
7414 Riverhill Road
Oxon Hill, MD 20745

Henriettalacks.app
4109 Cutty Sark Road
Baltimore, Maryland 21220

Henrietta Lacks LLC
4109 Cutty Sark Road
Baltimore, Maryland 21220

Henrietta Lacks Injury Center
4109 Cutty Sark Road
Baltimore, Maryland 21220

Henrietta Lacks
4109 Cutty Sark Road
Baltimore, Maryland 21220

Injury Center of MD
4109 Cutty Sark Road
Baltimore, Maryland 21220

*Pro Se Plaintiffs*

William Yang
7723 English Oak Circle
Elkridge, Maryland 21075

Weicher Realtors, New Colony Realtors, LLC
ATTN: CeCe McCullough, Agent
Columbia, Maryland 21044

William Yang
7304 Olive Branch Way
Laurel, Maryland 20707

Weicher Realtors, New Colony Realtors, LLC
6925 Oakland Mills Road, Suite A
Columbia, Maryland 21045

The Law Firm of Maslan, Maslan
    & Rothwell, P.A.
7508 Eastern Avenue
Baltimore, Maryland 21224

The John Hopkins University
Arthur P. Pineau
Baltimore, Maryland 21218

Law Offices of Amanda Zorn
7508 Easter Avenue
Baltimore, Maryland 21224

The Johns Hopkins Hospital Inc.
Daniel G. Shealer Jr.
Baltimore, Maryland 21205

Senator Chris Van Hollen
1900 N. Howard Street

The Johns Hopkins Health System Corp
Daniel G. Shealer Jr.
Baltimore, Maryland 21205

Baltimore, Maryland 21218

Nationstar Mortgage LLC
7723 English Oak Circle
Elkridge, Maryland 21075

Nationstar Mortgage LLC
7 St. Paul Street, Suite 820
Baltimore, Maryland 21202

Crown Real Estate LLC
Brian J. Frank, Resident Agent
Pikesville, Maryland 21208

Crown Real Estate LLC
Brian J. Frank
Reistertown, Maryland 21136

Google, LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

Google, Inc. & Google, LLC
CSC-Lawyers Inc., Svcs. Corp
Baltimore, Maryland 21202

Bill Ayares Chevrolet LLC
Ronald Ardissone
Laurel, Maryland 20707

General Motors LLC
Auto Nation Chevrolet Laurel
Baltimore, Maryland 21202

General Motors Company Complaints
CSC-Lawyer Inc., Serv. Co.
Baltimore, Maryland 21202

Oscar Diaz – Employee Service Dept.
General Motors/Chevy Div
Laurel, Maryland 20707

Drivetime Carsales Company LLC
d/b/a Drivetime Marlow Heights
Temple Hills, Maryland 20748

The Johns Hopkins Hospital Legal Department
600 North Wolfe Street
Baltimore, Maryland 21287

The Johns Hopkins Health System Corp
600 North Wolfe Street
Baltimore, Maryland 21287

The Johns Hopkins Medical Service Corp
Joanne E. Pollak, Esq.
Baltimore, Maryland 21205

Go Daddy, Inc.
14455 North Hayden Road
Scottsville, Arizona 85260

Reggie Harris State Farm Insurance
6432 Bock Road
Oxon Hill, Maryland 20745

State Farm Mutual Automobile Insurance Corp
One State Farm Plaza
Bloomington, Illinois 61710

Facebook Inc. and Mark Zuckerberg
1 Hacker Way
Menlo Park, California 94025

Cars DB2 LP
8270 Greensboro Drive
McLean, Virginia 22102

General Motors LLC
300 Renaissance Center
Detroit, Michigan 48265

General Motors Complaints
300 Renaissance Center
Detroit, Michigan 48265

Silverrock Automotive Inc.
1720 W. Rio Salado Parkway
Tempe, Arizona 85281

Drivetime Carsales Company LLC
d/b/a Drivetime Marlow Heights
Baltimore, Maryland 21202

Silverrock Automotive Inc.
CSC-Lawyers Inc., Serv. Co
Baltimore, Maryland 21202

Bridegecrest Credit Company LLC
CSC-Lawyers Inc. Service Co
Baltimore, Maryland 21202

CSC-Lawyers Inc. Service Co.
7 St. Paul Street
Baltimore, Maryland 21202

Capital One Financial Corporation
15000 Capital One Drive
Richmond, Virginia 23238

Drivetime Automotive Group Inc.
CSC-Lawyers Inc. Svcs Corp
Baltimore, Maryland 21202

Fidelity and Deposit
       Company of Maryland
CSC-Lawyers Inc. Svc. Co.
Baltimore, Maryland 21202

General Motors Company/
       Chevrolet Division
CSC-Lawyers Inc. Svc. Co.
Baltimore, Maryland 21202

National Union Fire Insurance Company
       of Pittsburgh PA
175 Water Street
New York, New York 10038

Prince George's County Government
       Prince George's County Exec
1301 McCormick Drive
Largo, Maryland 20774

Drivetime Car Sales
1720 W. Rio Salado Parkway
Tempe, Arizona 85281

Bridegecrest Credit Company LLC
4020 E. Indian School Road
Phoenix, Arizona 85018

Ace American Insurance Company
436 Walnut Street
Philadelphia, Pennsylvania 19106

Ace Fire Underwriters Insurance Company
436 Walnut Street
Philadelphia, Pennsylvania 19106

Auto Nation Chevrolet Laurel
500 Washington Blvd.
Laurel, Maryland 20707

Colonial American Casualty
       and Surety Company
CSC-Lawyers Inc. Svd. Co.
Baltimore, Maryland 21202

Capital One Bank
c/o Capital One Financial Corp
Columbia, Maryland 21045

General Motors Company Complaints
300 Renaissance Center
Detroit, Michigan 48265

ICANN-Internet Corporation
       for Assigned Names and Numbers
801 17th Street, N.W.
Washington, D.C. 20006

National Arbitration Forum-Forum
Jonathan J
Minneapolis, Minnesota 55426

South County Auto Repair Inc.
John Garrett-Res Agent
Lanham, Maryland 20745

Prince George's Cty Permit/Dept of Permitting
    Inspec & Enforc
P.G. Cty Atty Office of Law
Largo, Maryland 20774

Prince George's Dept of Environmental
    Resources Permit Office
9400 Peppercorn Road
Largo, Maryland 20774

Twitter, Inc.
1355 Market Street
San Francisco, California 94103

Zurich American Insurance Company
1400 American Lane
Schaumburg, Illinois 20785

4601 St. Barnabus Road, LLC
John K. Lunsford, Res Agent
Silver Spring, Maryland 20901

State of Maryland/Dept of Transp
    MVA Business Licensing DIV
State of Maryland
Baltimore, Maryland 21202

GEICO Casualty Company
The Corporation Trust Inc.
Lutherville, Maryland 21093

Google, Inc.
CSC-Lawyers Inc. Service Co.
Baltimore, Maryland 21202

Facebook
CSC-Lawyers Inc. Service Co.
Baltimore, Maryland 21202

Lockton Companies LLC
Corp Creations Network Inc.
Chevy Chase, Maryland 20815

*Defendants.*

*Evelyn L. Cusson*
Evelyn Lombardo Cusson
Assistant United States Attorney