# Complaint – Exhibit 15

IN THE CIRCUIT COURT FOR PRINCE GEORGE COUNTY, MARYLAND

DR. KEENAN COFIELD
4109 CUTTY SARK RD.
BALTIMORE, MD 21220
443-554-3715

HENRIETTA LACKS.COM
HENRIETTA LACKS. APP
HENRIETTA LACKS, LLC
HENRIETTA LACKS
INJUIRY CENTER OF MD
4109 CUTTY SARK RD.
BALTIMORE, MD 21220

AND

BERRI A. WELLS
DR. KEENAN K. COFIELD
7414 RIVERHILL RD.
OXON HILL, MD 20745
301-905-7160

**LIENHOLDERS & SECURED PARTY CREDITORS**
Plaintiff(s)/Petitioners

Vs

CIVIL ACTION/
CASE NUMBER: ___CAL19-13374___

**SERVE ON:**

**THE UNITED STATES OF AMERICA-**
**U.S. ATTORNEYS OFFICE &**
**U.S. ATTORNEY GENERAL**
36 S. Charles Street,
Baltimore, MD 21201

**And**

**SERVE ON:**
THE UNITED STATES OF AMERICA
U.S. ATTORNEY GENERAL &
U.S. ATTORNEYS OFFICE
6406 IVY LANE
GREENBELT, MD 20770

**AND**
**SERVE ON:**
FEDERAL BUREAU OF INVESTIGATION
**ATTN: MORTGAGE/BANK FRAUD UNIT**
2600 LORD BALTIMORE DRIVE
BALTIMORE, MD 21244

**And**
**SERVE ON:**
**(IRS) INTERNAL REVENUE SERVICE**
**Tax Fraud Unit**
1111 CONSTITUTION AVE. NW
WASHINGTON, DC 20224

**And**
**SERVE ON:**
HON. ROBERT K. HUR, US ATTORNEY
**ATTN: MORTGAGE & BANK FRAUD UNIT**
36 S. CHARLES STREET
BALTIMORE, MD 21201

**And**
**SERVE ON:**
**FHA**
C/O FRAUD UNIT
451 7TH Street, SW
WASHINGTON, DC 20410

And

**SERVE ON:**
**US HUD ADMINISTRATION**
**C/O FRAUD UNIT**
451 7TH STREET, SW
WASHINGTON, DC 20410

And

**SERVE ON:**
**SOCIAL SECURITY ADMINISTRATION**
**FOIA/Privacy Act Officer-Monica Chyn &**
**Office of Public Inquiries and Communications Support**
1100 West High Rise
6401 Security Blvd.
Baltimore, MD 21235

And

**SERVE ON:**
**NIH-NATIONAL INSTITUTES OF HEALTH**
**FOIA/PA Records Custodian-Room 5B35**
31 CENTER DRIVE, MSC 2107 BLDG. 31
BETHESDA, MD 20892-2107

And

**U.S. SENATOR**
**U.S. CONGRESSMAN**
HON. CHRIS VAN HOLLEN, Senator
1900 N. HOWARD STREET
Suite 100
BALTIMORE, MD 21218
**PARTY DEFENDANTS**

**ALL US GOVERNMENT ENTITIES AND OFFICIAL DEFENDANTS CAN BE**
**SERVED AT 36 S. Charles Street, Baltimore, MD 21201,**

And

**WILLIAM B. YANG, PROPERTY OWNER**
7723 ENGLISH OAK CIRCLE
ELKRIDGE, MD 21075

**SERVE ON**:
**WILLIAM B. YANG, PROPERTY OWNER**
7723 ENGLISH OAK CIRCLE
ELKRIDGE, MD 21075

**And**

**WILLIAM B. YANG, PROPERTY OWNER**
7304 Olive Branch Way
Laurel, MD 20707

**And**
**SERVE ON:**
**THE LAW FIRM OF MASLAN, MASLAN & ROTHWELL, P.A.**
7508 EASTERN AVENUE
BALTIMORE, MD 21224

**And**
**SERVE ON:**
**AMANDA ZORN, Attorney at Law**
**Law Offices of Amanda Zorn**
7508 EASTERN AVENUE
BALTIMORE, MD 21224

**ADDITIONAL DEFENDANTS**

**And**
**SERVE ON:**
**NATIONSTAR MORTGAGE, LLC/dba MR. COOPER MORTGAGE**
7723 ENGLISH OAK CIRCLE
ELKRIDGE, MD 21075

**SERVE ON:**
**NATIONSTAR MORTGAGE, LLC/dba MR. COOPER MORTGAGE**
OSC-LAWYERS INC. SERVICE CO.
7 ST. PAUL STREET, SUITE 820
BALTIMORE, MD 21202

**And**

**SERVE ON:**
**CROWN REAL ESTATE, LLC**
**ATTN: OWNERS & SOON PARK, AGENT**
BRIAN J. FRANK, RESIDENT AGENT
7 CHURCH LANE
PIKESVILLE, MD 21208
**And**

**CROWN REAL ESTATE, LLC**
**ATTN: OWNERS & SOON PARK, AGENT**
BRIAN J. FRANK, RESIDENT AGENT
2112 OWEN FARM COURT
REISTERTOWN, MD 21136

**And**

**WEICHER REALTORS, NEW COLONY REALTORS, LLC**
**ATTN: OWNERS & CECE MCCULLOUGH, AGENT**
58 BANNEKER RD.
SUITE 100
COLUMBIA, MD 21044-3103

**And**
**SERVE ON:**
**WEICHER REALTORS, NEW COLONY REALTORS, LLC**
**ATTN: OWNERS & CECE MCCULLOUGH, AGENT**
6925 OAKLAND MILLS RD.
SUITE A
COLUMBIA, MD 21045

**And**

**SERVE ON:**

**THE JOHNS HOPKINS UNIVERSITY**
ARTHUR P. PINEAU
123 GARLAND HALL
BALTIMORE, MD 21218

**And**

**SERVE ON:**
**THE JOHNS HOPKINS HOSPITAL, INC. and**
**THE JOHNS HOPKINS HEALTH SYSTEM CORP.**
**DANIEL G. SHEALER, JR.**
733 N. BROADWAY
SUITE 102
BALTIMORE, MD 21205

**And**
**SERVE ON:**
**THE JOHNS HOPKINS HOSPITAL LEGAL DEPARTMENT**
**Admin 400**
600 NORTH WOLFE STREET
BALTIMORE, MD 21287-1900

**And**
**THE JOHNS HOPKINS HEALTH SYSTEM CORP.**
600 NORTH WOLFE STREET
BALTIMORE, MD 21287-1900

**And**
**THE JOHN'S HOPKINS MEDICAL SERVICE CORP.**
**JOANNE E. POLLAK, esq.**
**600 NORTH WOLFE STREET**
**BALTIMORE, MD 21205**

**DEFENDANTS AND**
**PARTY DEFENDANTS**

## COURTS JURISDICTION

This Honorable Court has jurisdiction over the subject matter and persons pursuant to Maryland

Contract Lien Act, under Title 14-203, and 14-204, et. seq., Also, the acts and conduct described

herein by Defendant William Yang and others, violated MD Criminal Law Title 7-104-Theft,

MD Fraud/Commercial Fraud Title 8-406-Misuse of documents, and MD Criminal Law Title 9,

9-101-Perjury statutes. The acts and conduct described herein by Defendants CeCe McCullough and Soon Park along with William Yang, and others, violated MD Criminal Law Title 1-203 Conspiracy, Title 7-104-Theft, MD Fraud/Commercial Fraud Title 8-406-Misuse of documents, and MD Criminal Law Title 9, 9-101-Perjury statutes. **Additionally, these Courts have subject matter jurisdiction over the case, persons, corporate entities, government agencies and subject-matter based upon violations of Md. Code Ann. Courts and Judicial Proceedings Title 5-101, 5-102(a)(5), 5-105 (Libel/Slander/Defamation) MD Health General 4-301, 4-302, -303, 4-306, 4-309, Art. 43-54L, and Art. 43-54M, et. seq, and various other rules, statutes or causes of action under State of MD and United States Federal laws.**

Furthermore, the Courts of the State of MD and United States of America, have jurisdiction pursuant to and the conduct of the Defendants described herein violates both State and Federal criminal laws like, violated also Titles 18 USC 371, 1001, 1005, 1010, 1011, 1014, 1031, 1038, 1341, 1343, 1344, 1621, et. seq.

## Definition of the acts, and illegal conduct of Defendant William Yang, described below:

**Mortgage fraud** occurs when borrowers try to deceive the mortgage lender while applying for a mortgage in order to get a mortgage they would not legitimately qualify for. In many cases, the borrowers work with the sellers and split their gains once the mortgage is obtained. Either way, the lenders wind up losing money. There are many types of mortgage fraud out there. Some of the most widely used types of mortgage fraud are listed below.

**Occupancy Fraud-**

Occupancy fraud occurs when a borrower wants to buy a property for investment purposes but states that he intends to use it as a residence. This allows the borrower to secure a lower interest rate than what he or she would otherwise qualify for. Furthermore, many lenders are usually willing to lend more money for residential homes than they would for investment properties. Occupancy fraud also allows the borrower to cheat on his or her taxes. As an investment property owner, they are supposed to pay capital gains tax on the profit they earn on their investment property. It also allows the borrower to fraudulently claim tax credits on residential homes.

## COMPLAINT FOR BREACH
## OF CONTRACT & DEBT INVOICE,
## <u>COMPLAINT FOR FRAUD & THEFT, JOINTLY</u>

1).     This is to certify that the property described as **7723 English Oak Cir. Elkridge, MD**

**21075** and/or according to the Land Records for Howard County, MD at Liber 9049 folio 638, is

subject to Lien and Judgment under Title 14, Subtitle 2 of the Real Property Article, Maryland

Annotated Code, in the amount of $261,400 dollars and/or losses as otherwise stated herein to

the owner/Plaintiff(s)/Secured Party Creditors and transfer title and deed of real property to Dr.

Keenan Cofield and Berri Wells.

2).     Plaintiff **Berri A. Wells**, **Lienor, Renter, and SECURED PARTY CREDITOR**, who

was duly sworn and says that she is the (lienor/Renter or agent of lienor) whose address is **7304**

**English Oak Cir. Elkridge, MD 21075**; and that in accordance with a contract, lease or other

agreement from **September 6, 2016 to date**, with or between **Wells-Lienor/SECURED**

**PARTY CREDITOR and William B. Yang**, Property Owner who's mailing address is: **7304**

**Olive Branch Lane, Laurel, MD 20707**  (Property Owner **Yang** & **Lender United Wholesale**

**Mortgage**, located at: **1414 East Maple Rd. TROY, MI 48083, New Lender Nationstar**

**Mortgage, LLC who's address is: 8950 Cypress Waters Blvd. Coppell, TX 75019, then the**

**(Homeowners Association)-The Oaks at Waters Edge Homeowners Association, Inc. 10015**

**Old Columbia RD. Columbia, MD 21046, American Community Management, 7484**

**Candlewood Rd. Suite H Hanover, MD 21076, and/or "The Oaks at Waters Edge**

**Condominium", where the property in question or dispute lies,** plus **Allstate Insurance**

**Company, with Homeowners or other Policy Numbers-998279377** insurer for Property

Owner & Homeowner policy **William Yang**, and/or any and all other known or unknown or

named insures/insurance companies **by whatever names** having **any** policy or policies in force that protect or insure the property located at: **7723 English Oak Cir. Elkridge, MD. 21075** with **any** type insurance coverage, whether as the Lender, Title Company, property owner, Mortgage Service Agent, Real Estate Company or Agents who executed the rental agreement described herein, The Property Owner **William Yang** along with **Gladys (CeCe) McCullough & Weichert Realtors, New Colony** a real estate company and agent, **Crown Real Estate, LLC & Soon Park** a real estate company and agent who executed and took part in the execution and signing of the fraudulent real estate/rental agreement presented to Victim-**Berri A. Wells**, ALL individually and/or jointly by contract, agreement or partnership, did knowingly, willingly, purposely, negligently with the intent to defraud or deprive Lienor/Renter/Secured Party Creditor of her monies/property, entered into with Lienor **Wells** a Lease or other Rental to Real Estate Agreement or contract, illegally in violation of county and state laws, knowing he Defendant **William Yang did not** have the proper Howard County Rental License to begin renting to **Ms. Wells,** to legally occupy the property described herein and to legally take payments and a security deposit from Ms. Berri Wells for 6 months **prior to** Yang getting the approval and license to rent at that property address location for or on the following described real property in **Howard** County, MD recorded in Howard County Circuit Court Land Records under **Deed-Book 17086-pp 32-37 and DOT-MGT Refinance-Book 17086 pp 38-60** (legal description) owned by **William B. Yang**, of a total value of **$244,000 to $1,500,000 if a lawsuit is filed or more**, and (if the lien is claimed by one not in privity with the owner) that the lienor served her **notice to owner** on **August 8, 2017**, by regular mail, **Certified Mail Return Receipt**(method of delivery) The Lienor or Plaintiffs gave the Owner **William Yang** (10) days according to MD law to make good on the claim. The Property Owner **Yang is now in Default** of that Notice and

agreement. Yang **did not** make good on the Claim now the entire claim of **$261,400** is due. (**See** Attached Claim Notice and evidence showing service by Certified Mail **Return** Receipt) signed by **William Yang**, Property Owner of **7723 English Oak Cir. Elkridge, MD 21075, filed in support of this Claim & Lien. Other parties named herein were served by electronic means and/or mail as to their interest.** The instant contract was violated and breached by Defendant William Yang.

## MORTGAGE & OCCUPANCY FRAUD

3). **ADDITIONALLY**, through further investigation it was revealed Property Owner **William Yang**, on or about the 28th day of July, 2016, falsely stated under oath under the penalty of perjury that he was acquiring the property **as owner-occupied real property and the residence will be occupied by him.** The loan and property was obtained by Mr. Yang as investment/rental property. **Mr. Yang never** occupied the property located at **7723 English Oak Cir. Elkridge, MD 21075.** Defendant William Yang, on page 36 in Book 17086 of the Howard County Land Records recording of the property located at 7723 English Oak Cir. Elkridge, MD 21075, as noted, falsely stated under oath under the penalty of perjury he was according to his **OWNER OCCUPANCY AFFIDAVIT**, that the property he service the residence would be occupied by him.

4). Defendant Yang the borrower as to the loan **never** the property address the subject of this Complaint. The Plaintiff(s) are both ready to testify to this information first hand.

5). In the Deed of Trust attached herein, on **page 44, paragraph 6,** Occupancy, the recorded document that had been the subject of wire/electronic movements, mail, etc. stated the Borrower meaning William Yang shall occupy, establish and use the Property as Borrower's principal

residence **within 60 days**, after execution of the Security Instrument, and the Borrower or Defendant Yang, shall continue to occupy the residence for at least one year after date of occupancy, unless Lender otherwise agrees in writing, in part.

6). Defendant Yang **never** occupied the property, and he never got any notice to change the terms of his agreement with the Lender.

7). This Honorable Court has the right, power and duty to void not only Deed of Trust, Special Warranty Deed, that the property rented to Plaintiff Berri Wells and occupied at times by Dr. Keenan Cofield, who contributes to the rent and/or other items and expenses, as the property was obtained by fraud and rented to the Plaintiff's in the same manner, and that Defendants Yang statements under oath and penalty of perjury were a false representation and/or intentional misrepresentation of his right to rent, lease and/or own the property, as a material fact which was all untrue, and the Plaintiff's relied upon Defendants Yang false misrepresentations knowing they were false all with the intent to commit a scheme to defraud Plaintiffs, bank, lenders and U.S. government. Defendant Yang ripped off the Plaintiff(s) several times from September 2016 to date, and that the Plaintiff's suffered damage directly as to many losses resulting from the misrepresentation made by Defendant Yang.

8). **FURTHERMORE**, I, **Berri A. Wells** received a call from the Homeowners Association for Oaks At Waters Edge, a **Ms. Brady** on a unrelated matter, and it was determined that Property Owner **William Yang** had not told nor advised the Homeowners Association that the property he had had been rented or it was being used as leased/rented tenant property, not property owner occupied as alleged in various record filings.

9). Plaintiff(s) also filed with the Maryland Assessment and Taxation Offices a UCC-1 Financial Statement as to the debts described herein, and the property, properties and anything of value is claimed as collateral towards the lien, debts invoices and judgment. (See Attached UCC-1 Filing)

10).   **All the United States Defendants named to this Complaint as Defendants(s), having an interest in this case and outcome.**
**PLAINTIFFS-AMENDED COMPLAINT AS TO USA ALL DEFENDANTS**

Comes now the Plaintiff(s) Dr. Keenan Cofield, and Berri Wells, do hereby give [Notice of the Filing and Service of Plaintiffs Amended Complaint] as to All the USA government Defendants and entities, to now include the IRS.

11). The Plaintiff(s) contacted and talked with the On-Duty AUSA Officer in Greenbelt, MD back in 2017, regarding our Complaints of mortgage and occupancy fraud scheme by Defendant William Yang. The US, took no action, to include but not limited to, an online Complaint and calls were made directly to the FBI hotline on the matter, as well as calls to HUD, etc.

12). The US Defendants have a duty to look into complaints of any fraud, especially one so blatant, and clear as this matter.

13). The Plaintiff(s) seek no monetary damages from the government, but action on the complaints requested, to include possible Grand Jury, as the Plaintiffs are willing to testify for the government if necessary, and that criminal charges be brought, ASAP.

14). The Defendant William Yang has defrauded the banks, the USA, and Plaintiff as well, when Yang in the first instance, lied to get the loan, and Yang never occupied the property as required, and Yang did not pay taxes on the property based upon the loan he received, which was investment, and not to occupy.

15). The Plaintiff(s) filed and gave Notice to MD U.S. Senator Hon. Chris Van Hollen, of the
actions of this citizen and fraudster William Yang. Members of Congress have a duty to inform
any and all law enforcement agencies, when a violation of federal laws has been violated to ask
them to investigate. The Plaintiff(s) never heard back from Senator Hollen's office, and this is
why we are now giving notice of our actions of all levels that the crimes committed by
Defendant William Yang do not go un-investigated or unpunished.

16). The Defendant Yang has admitted he **did not** live in or occupied the property located at
7723 English Oak Cir, Elkridge, MD, as required by law and his loan, and deed. Furthermore,
Defendant Yang has admitted he **did not** have a Howard County Rental License when he rented
or leased the property to Plaintiff Wells, and knowingly took money, i.e, (security deposit, 7
months rent, etc.) from the Plaintiff Wells committing fraud and theft by false pretense and/or
deception. Howard County laws prohibit anyone from renting property without a license first.
**WHEREFORE**, the Plaintiffs direct and pray that the US government take the proper steps
against Defendant Yang and possibly others in this MD fraud scheme.


16).                                **COUNT 2**

### COMPLAINT FOR LIBEL, DEFAMATION
### & DEFAMATORY STATEMENTS

17).  On or about the 25th day of February, 2019, these Defendants named herein did knowingly,
willingly, purposely and negligently Defendants **Counsel for Defendant William Yang, The
Law Offices & Amanda Zorn, The Legal Liability Insurance Carrier for Attorney Amanda
Zorn and the The Law Firm of Maslan, Maslan & Rothwell, P.A.**, individually and jointly,
filed a series of scandalous documents, or pleadings recorded as **DOCKET NO. 24/1, etc.**, that
contained libelous, slanderous, and defamatory content, or other erroneous information to be

patently false. The above named Defendants, only, were negligent and failed to act with due care considering the circumstances on page 3. Paragraph 13 that the Plaintiff(s) settlement email was to harass and **"*extort money*"** from Defendant William Yang.

18). The Plaintiff(s) seek to add this Count or otherwise Amend the Original Complaint. The Defendants named herein were legally at fault in making their false, defamatory statements in their court pleadings.

19). The Defendants Amanda Zorn and her firm and bosses, made such libelous statements written, knowing the same to be utterly false, and in all intended purposes to defame the Plaintiff(s) Dr. Cofield and Berri Wells. The Plaintiff(s) have been damaged, harassed, suffered harm, exposed Plaintiff(s) to public scorn, humiliation, threats, contempt, and ridiculed and injured by these statements and/or otherwise frivolous references in the Defendants written correspondences, that are part of a public record.

20). Libel and slander in this manner is an indictable offense under Maryland laws.

21). A copy of that pleading(s) shall be forwarded with a formal complaint to the MD Attorney Grievance Commission.

22).                                    **COUNT 3**

## CONCEALMENT AND OBSTRUCTION OF MEDICAL RECORDS AND REPORTS AND ENFORCEMENT OF MD. CODE ANN. HEALTH-GENERAL SECTIONS 4-303, 4-306, 4-301, 4-302, 4-309, Art.54L, and 54M

23).        On or about the 25th day of February, 2019, the Plaintiff(s) served The Johns Hopkins Hospital, Johns Hopkins University and several other Johns Hopkins entities with a legally issued Summons and process requesting medical records, papers, reports and various other information in the custody of these Defendants. The requested medical records, reports and

other requested items date back to 1951 to about 1889. Thus those laws and rules are applicable first to this action.

24). Md. Code Ann. Health-General 4-306 make disclosure of medical records with a summons or subpoena process, mandatory, **without** authorization. The Plaintiff(s) are interested parties, who received permission and authorization from the family of Henrietta Lacks Estate Holders & Administrators that I Dr. Keenan Cofield had the FULL rights, power and authority to acquire the medical records, reports and other items as indicated and requested in the subpoena.

25). Additionally, in several public records filings, Henrietta Lacks, LLC, .com and .app also gave the Plaintiffs the same rights to obtain the same records requested in the subpoena. Also, the Plaintiff(s) own Injury Center of MD, a medical, health care provider which still holds a NPI Number and other licensing credentials.

26). The Defendants of **"Johns Hopkins"** did knowingly, willingly and purposely concealed and withheld various requested medical records, reports, information, hospital reports, and many other items from the Plaintiff(s) in an effort to conceal the information from use as evidence in an administrative, civil, or criminal proceeding. Under Health General 4-303, 4-302, 4-301, 4-309, 4-306, 4-309 and Art. 43 Sections 54L and 54M, this is a crime and/or the Plaintiff(s) can seek actual damages including punitive damages, reasonable attorney's fees. Old and NEW Maryland statutes support the actions of the Plaintiff(s) to maintain and bring this action.

## REQUESTED RELIEF:

1). **WHEREFORE, good cause shown,** the Plaintiff(s) **each** individually demand judgment be entered against **each** Defendant(s) named herein as to **COUNT 1**, in the amount of **$2,500,000** dollars in Compensatory Damages, **$10,000,000** Dollars in Punitive Damages, and **$261,400** in

Special Damages and Losses; **COUNT 2,** the Plaintiff(s) seek damages and/or judgment against the Defendants Amanda Zorn, The Law Offices of Amanda Zorn, The Law Firm of Maslan, Maslan & Rothwell, P.A. in the amount $1,500,000 dollars in Compensatory Damages and $5,000,000 Dollars in Punitive Damages, against Defendants Zorn, Maslan, Maslan, & Rothwell. Request, the Court issue a Protective Order and **GRANT** the Order in the Plaintiffs favor, directing the Defendants are prohibited, enjoined and cannot make in any manner any defamatory statements against the Plaintiff(s) in any pleadings these Defendants shall file. Any violation of any such Injunction would subject the Defendants pleadings be STRICKEN and SANCTIONS will be imposed or Defendants fined for any such violation. **COUNT 3,** the Plaintiff(s) seek damages and the requested materials and damages in the amount of $500,000 in actual damages, $5,000,000 Dollars in Punitive Damages, reasonable attorney and non-attorney's fees, expenses and costs against **each** of the Johns Hopkins Hospital, and University entities as so named herein the Original Complaint. The Plaintiff(s) DEMAND and REQUEST these Defendants to provide copies of any and all previous items, documents, records and reports listed in the Subpoena Attachment, attached to this Complaint.

2). That the Honorable Court rule and ORDER that the Deed of Trust, Special Warranty Deed, and any other recorded deed, title or bank to land records filing by Plaintiff William Yang and/or any for or on behalf of Plaintiff William Yang, **the property was obtained by fraud** and this Court does hereby enter an ORDER voiding the ownership, title and deed of Defendant William Yang, of the property located at **7723 English Oak Cir. Elkridge, MD 21075**, and furthermore, this Order shall be entered upon the Land Records of Howard County, MD where the subject property is located, by that Clerk of that Court, as the Clerk for the Circuit Court for Baltimore City shall forward that Clerk a copy of that ORDER, shall be filed and so recorded;

3). That the Court direct the Clerk of this Honorable Court to refer and forward a copy this matter by ORDER to the MD Attorney General's Office, (CRIMINAL DIV), Howard County States Attorney's Office, US Attorney's Office and FBI-Baltimore, MD for FRAUD, committed by Defendant William Yang, and others;

4). That this Court rule, that based upon this Complaint, there is probable cause to believe that a **Mortgage and Occupancy Fraud** was committed by Defendant Yang and others;

5). That this Court ORDER, the plaintiff(s) have the right, power and authority to take FULL possession, control and seize any and all assets, funds, banks accounts, search any banks records, trust funds, real and personal property and anything of value so located within the State of Maryland or elsewhere, to locate anything of value as to assets, property from any bank, person, government entity, etc. in the name of William Yang, within the State of Maryland, and that such banks, insurance companies, lands records offices, or any company operating within the State of MD shall turnover **immediately** any assets, monies, real or other property owner or in the name of William Yang, so found, to pay and satisfy the judgment so entered against him with this ORDER, Defendant William Yang **without** any delay, by this ORDER, as the Clerk is directed also to transfer title, deed and ownership of any and all properties located in **any** County, within the State of Maryland, owned or in the name of William Yang be transferred to the Plaintiff(s) Dr. Keenan Cofield and Berri Wells, by way of a simple Quit Claim Deed, or other filing making claims to any real or other properties owned by Defendant William Yang and attachment of this ORDER to that land record filing, as this Order shall act as a Writ of Seizure, to take immediate possession of any assets, funds, monies, banks accounts, personal to real property to anything in value to satisfy this Judgment entered against the Defendants William Yang and others;

6). That the Clerk of this Court **shall immediately** record this Judgment in favor of the Plaintiff's Dr. Keenan Cofield and Berri Wells and against Defendant William Yang, as a Judgment and Lien;

7). Order that the Rental Lease by Defendant William Yang to Plaintiff Berri Wells, or between the two parties, was a fraud, and that lease is so voided as a nullity as it was part of Defendant William Yang scheme to defraud Plaintiffs and others of monies etc., as Defendant William Yang had NO legal right under the law to rent to Berri Wells and take her money **without** a Rental Property License, first;

**A).** That the Honorable Court find probable cause exist to ORDER and impose a LIEN against the property Owned by **William Yang and Sang M. Pak**, **Mr. Cooper, Mortgage/Lender, and TD Bank, N.A.,** located at: **7723 English Oak Cir. Elkridge, MD 21075**, or as described in various Howard County, MD Land Records, attached.

**B).** That the Court ORDER that the LIEN and amount of Judgment of **$261,400** due in favor of Plaintiff(s)/Petitioners Dr. Keenan Cofield and Berri A. Wells, **be so ORDERED** against Defendants/Respondents William Yang and all others having any interest in the property located **7723 English Oak Cir. Elkridge, MD 21075, and the same so RECORDED with the Clerk of the Circuit Court for Howard County and Land Records of Howard County, MD, effectively immediately.**

**C).** That the Court ORDER that the Defendant William Yang is in DEFAULT on the debts so described herein in violation of the Maryland Contract Lien Act and other provisions of Maryland statutes, rules and laws.

**D).** That the Court so ORDER while this action is pending, the Court enters a Preliminary Restraining Order, Declaratory and/or Injunction Order, which **prohibits and/or enjoins** the

Defendant William Yang, to be able to file or take any actions of any kind against the Plaintiff

Berri Wells and/or Dr. Keenan Cofield, to include but not limited to, an eviction or any other

action seeking to remove the Plaintiff or Plaintiff(s) who are renter/tenants of the property owned

by William Yang, and/or Defendant or his heirs to successors cannot attempt to take another

mortgage, loan, or sale of the property located at **7723 English Oak Cir. Elkridge, MD 21075**,

until such time as this lien action is satisfied, and/or paid in FULL to plaintiff(s).

**E). That the Plaintiff(s) have requested and have the right as so ORDERED to satisfy this
lien and/or judgment by this Court to transfer title, and deed and all rights in the property
located at 7723 English Oak Cir. Elkridge, MD 21075 from the Defendants William Yang
and others to Dr. Keenan Cofield and Berri Wells, by this Order and Quit Deed or some
other filing to transfer all rights and interests of the property to Plaintiffs.**

**F).** The Plaintiff(s) pray and request for any and all other relief this Court deem to award as a

matter of law.

**G). Plaintiff(s) DEMAND TRIAL BY JURY ON <u>EACH</u> COUNT SEPARATELY on any
and all Counts and Issues as it relates to <u>each</u> of the (3) Three Counts individually and
separately, to those Defendants related to that Count or Issues for that separate trial by
jury, pursuant to MD Rule 2-325(a).**

**H). <u>NOTICE TO ALL PARTIES</u>-That this Honorable Court *shall* Order and Direct that
any and all Defendants and Counsel for any and all Defendants *shall* serve any and all
parties, to include All Defendants named in this Original Complaint, and that any
violations of MD Rules on this subject-matter, subject that counsel or Defendant to and the
Plaintiff(s) shall file to seek SANCTIONS, PROTECTIVE ORDER, against that counsel or
Defendant Counsel, and Injunction and/or Declaratory filing, and STRIKING of any**

**filings not in FULL compliance with Maryland Civil Rules which require all pleadings and**

**filings be served upon any and all parties, <u>without</u> exception. In a previous action,**

**dismissed <u>without prejudice</u> not on the merits, several Defendants counsel made many**

**filings and never served intentionally 15 other parties, including the U.S. government.**

5).

# **VERIFIED COMPLAINT**

## **AFFIDAVIT AND/OR AFFIRMATION OF PLAINTIFF(S)/PETITIONER**

I/We do hereby certify and affirm under the penalty of perjury that notice, any attachments,

exhibits, and any and all other documents,  was given under Article 14-203(a) of the Real

Property Article, and that the information contained in the foregoing Complaint & statement of

lien is true and correct to the best of my knowledge, information and belief.

Dated this the 16th day of April, 2019.

Dr. Keenan Cofield
4109 Cutty Sark Rd.
Baltimore, MD 21220
443-554-3715

Berri A. Wells
7414 Riverhill Rd.
Oxon Hill, MD 20745

# ADDENDUM AND/OR AMENDMENT TO COUNT 1 AND 3 IN PART-SOCIAL SECURITY ADMINISTRATION & NIH NATIONAL INSTITUTE OF HEALTH

1).   The Plaintiff(s) served the Social Security Administration with a FOIA/PA under SSA-2019-0011499, request requesting the CERTIFIED Claims file, death records, Form SS-5, any and ALL genealogy records, **any** Name Change Records of any kind, any and all official records which indicate when SSA changed or modified its official records by any Court or other Orders from Loretta Pleasant or, Loretta Pleasant Lacks to Henrietta Lacks. This record request and demand is for Henrietta Lacks,   and/or Loretta Lacks, Henrietta Lacks a/k/a/ Loretta Pleasant Lacks, David Lacks-Henrietta Lacks Husband and Elsie Lacks-Loretta or Henrietta Lacks Daughter, jointly.

2). Loretta Pleasant Lacks or Henrietta Lacks was born August 1, 1920 and died October 4, 1951. Loretta Lacks a/k/a Henrietta Lacks was born to Eliza Lacks Pleasant-Mother and John Randall Pleasant-Father. The Defendants SSA did not respond in a timely fashion or with the requested documents. The Plaintiff(s) now seek to enforce this matter with compliance with our original request and compel production of documents.

3).                 **NIH-NATIONAL INSTITUTES OF HEALTH**

The Plaintiff(s) submitted a FOIA/PA Request to NIH over 7 months ago. Additionally, the Plaintiffs served NIH with a Civil Subpoena. The NIH has responded and was gathering the records, documents, information and various items, but has not provided the records, documents and requested items per our request. (See Attachment/SUBPOENA) for reference, and some email correspondence between the Plaintiffs and this Defendant) The Plaintiff(s) now seek enforcement and compel these Defendants to provide immediately the requested records, papers, documents, information, contracts, agreements and other items.

**WHEREFORE**, the Plaintiff(s) only seek to compel enforcement of our FOIA/PA and CIVIL Subpoenas that were issued. These requested items and/or documents the subject of our relief is to be ONLY released to the Plaintiff(s), and is otherwise **STRICTLY CONFIDENTIAL**.