# **EXHIBIT-6**

COPIES OF THE REQUESTED ITEMS, DOCUMENTS, MEDICAL RECORDS, PAPERS AND OTHER INFORMATION TO NIH-NATIONAL INSTITUTES OF HEALTH CITED IN THE SUBPOENA AND FOIA/PA REQUESTS

**CIRCUIT COURT FOR BALTIMORE CITY**
100 N. Calvert Street, Baltimore, Maryland 21202
Phone: (410) 333-3722 (Civil) | (410) 333-3750 (Criminal)
Maryland Relay call: 711

Case. No. ▬▬▬▬▬

STATE OF MARYLAND
or
DR. KEENAN COFIELD & BERRI WELLS, et. al.
Plaintiff

vs.

▬▬▬▬▬
Defendant

TO: NIHNATIONAL INSTITUTES OF HEALT
Name
RECORDSCUSTODIANFOIAROOM5B35
Address 1
31 Center Drive, MSC 2107 BLDG 31
Address 2
BETHESDA, MD 20892-2107
City, County, State, Zip

**SUBPOENA**

Issue Date: 03/03/2019
Service Deadline: 60 days after the Issue Date

You are hereby compelled to appear at a ☐ court proceeding ☐ deposition at the following location:

_____
Address of Court or Other Location

_____
City, State, Zip

On or before March 20, 2019 at 5:00  ☐ a.m. ☒ p.m.
   Date                        Time

☐ To testify in the above case, and/or

☒ To produce the following documents, items, and information, not privileged: On November 7 and 27th, 2018, I served THE ATTACHED FOIA/PA REQUEST. We seek to now serve this Civil Subpoena upon NIH and all its CONTINUE

☒ To produce, permit inspection and copying of the following documents or other tangible items: Units, Offices, Divisions, etc. to copy and provide any and all the listed documents, papers, records listed in this Subpoena, consistent with the OVERDUE FOIA/PA Request submitted. Also send SAMPLES of any and ALL Hela cells.

Dr. Keenan Cofield-PLAINTIFF  requested issuance of this subpoena. Questions should be referred to:
Requested By
DR. KEENAN COFIELD                4109 CUTTY SARK RD.
      Name                                Address
443-554-3715                       BALT, MD 21220
      Phone                            City, State, Zip

Special Message: IF YOU HAVE ANY QUESTIONS, PLEASE GIVE ME A CALL AND/OR SEND ME A EMAIL.

☒ If this subpoena compels the production of financial information, or information derived from financial records, the requestor of this subpoena hereby certifies having taken all necessary steps to comply with the requirements of Md. Code Ann., Financial Institutions § 1-304 and any other applicable law.

☒ If this subpoena compels the production of medical records, the requestor of this subpoena hereby certifies having taken all necessary steps to comply with the requirements of Md. Code Ann., Health-General § 4-306 and any other applicable law.

☐ Foreign Subpoena and/or Undertaking form are attached and are incorporated by reference and are made part of this subpoena.

*Marilyn Bentley*

**Marilyn Bentley, Clerk**
**Circuit Court for Baltimore City**

**NOTICE:**
1. YOU ARE LIABLE TO BODY ATTACHMENT AND/OR FINE FOR FAILURE TO OBEY THIS SUBPOENA.
2. This subpoena is effective for the date and time stated and any subsequent dates as directed by the court.
3. If this subpoena is for attendance at a deposition and the party served is an organization, notice is hereby given that the organization must designate one or more persons who will testify on its behalf, pursuant to Rule 2-412(d).
4. Serving or attempting to serve a subpoena more than 60 days after the date of issuance is prohibited.

**RETURN OF SERVICE**

I certify that I delivered the original of this Subpoena to the following person(s): NIH-RECORDS CUSTODIAN
on the following date: 03/04/2019 _____ by the following method (specified as required by Rule 2-126):

JESSE JOHNSON, JR.
Signature
JESSE JOHNSON, JR.
Printed Name

CC-004 (Rev. 07/2018)

03/03/2019 RE: STATUS REPORT AND UPDATE ON ORIGINAL AND AMENDED FOIA REQUEST FOR AGREEMENTS, CONTRACTS, RECOR...

Case 8:19-cv-01644-TDC Document 1-24 Filed 06/04/19 Page 3 of 5

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Supreme GRAND Bishop Cofield <supremegrandbishop@gmail.com>
Date: 11/7/18 11:36 PM (GMT-05:00)
To: nihfoia@mail.nih.gov, Supreme GRAND Bishop Cofield <Supremegrandbishop@gmail.com>, "Dr. Keenan Cofield" <psychdoctor101@gmail.com>
Subject: FOIA REQUEST FOR AGREEMENTS, CONTRACTS, RECORDS, statutes, rules, regulations, policies, procedures, AND OTHER INFORMATION REGARDING HENRIETTA LACKS AND/OR HER FAMILY, ETC.

Dear NIH-Public Information Officer:

Pursuant to the provisions of the FOIA/PA, I do hereby request copies of the following agreements, contracts, records, medical records, autopsy reports, rules, regulations, policies, procedures, statutes, and other information on Henrietta Lacks, or regarding Henrietta Lacks, within 10 days and says:

1). Copies of the NIH agreement with the Lacks Family in on or about August 6, 2013 regarding the HELA cell line, and controlled access to the HELA cell genome.

2). Copies of the Original or any and all amended or supplemental policies, rules, regulations and statutes allowing controlled access to the HELA cell genome, issued by NIH and/or Congress.

3). Copies of any and all rules, regulations, policies, procedures, guidelines, and statutes to Acts of Congress, issued indicating and showing NIH owns in any way, the HELA cell line, or any property taken from and/or own by Henrietta Lacks, now in possession of NIH, which authorized NIH the right, power and authority to take control over the HELA cell line and who has access to it.

4). Copies of any and all records, statutes, rules to policies which provide evidence to proof NIH owns and /or controls
HELA cell genome and/or access to Henrietta Lacks HELA cell line, to include but not limited to who authorized when and by what means did NIH or gave NIH the power and authority to own, control and/or possess HELA cell line or genomic data belonging to or connected to Henrietta Lacks, and later enter into an agreement with the Lacks Family.

5). Copies of any and all medical records and autopsy reports and any other information or documents relating to and/or regarding Henrietta Lacks, in the custody of any NIH unit, office or department.

6). Copies of the rules, guidelines and procedures given to the Lacks Family by NIH as to what right or authority the Lacks Family needed to be or have, before the Lacks Family could sign any agreement with NIH, what were the conditions if any, prior to signing and execution of the agreement, between NIH and the Lacks Family.

If NIH **does not** have any of or any part of the requested information, documents or other records available in the custody, please indicate in your response NO SUCH INFORMATION, DOCUMENTS, PAPERS, RECORDS etc. exist.

Respectfully Submitted,

03/03/2019 RE: STATUS REPORT AND UPDATE ON ORIGINAL AND AMENDED-FOIA REQUEST FOR AGREEMENTS, CONTRACTS, RECOR...

Case 8:19-cv-01644-TDC   Document 1-24   Filed 06/04/19   Page 4 of 5

Dr. Keenan K. Cofield, JD/Ph.D, DD, Psy.D
4109 Cutty Sark Rd.
Baltimore, MD 21220
443-554-3715

03/03/2019 RE: STATUS REPORT AND UPDATE ON ORIGINAL AND AMENDED-FOIA REQUEST FOR AGREEMENTS, CONTRACTS, RECOR...

Case 8:19-cv-01644-TDC   Document 1-24   Filed 06/04/19   Page 5 of 5

**From:** supremegrandbishop <supremegrandbishop@gmail.com>
**Sent:** Tuesday, November 27, 2018 12:07 AM
**To:** NIH FOIA <nihfoia@od.nih.gov>; Dr. Keenan Cofield <psychdoctor101@gmail.com>
**Cc:** SupremeGRANDBishop <SupremeGRANDBishop@gmail.com>
**Subject:** Re: AMENDED-FOIA REQUEST FOR AGREEMENTS, CONTRACTS, RECORDS, statutes, rules, regulations, policies, procedures, AND OTHER INFORMATION REGARDING HENRIETTA LACKS AND/OR HER FAMILY, ETC.

Dear FOIA /PA Officer-

Over 3 weeks I sent and emailed a FOIA request for certain specifics records, reports, documents, contracts, agreements, etc. on the subject of Henrietta Lacks.

I seek to AMEND my request to further include additional requests to be expanded.

7). Copies of any and all contracts, agreements entered into by NIH with any entity, organizations, companies that have allowed these entities controlled access to the HELA cell line or HELA cell genome, cells and/or data connected to subject Henrietta Lacks, to date. This information shall include the full names, addresses and other contact information on each outside party having a license, contract or agreement between NIH and that entity to the HELA cell line.

What is the current status of my original FOIA previous requests?

DR. KEENAN